FROM THE DESK OF STEPHEN FRANCIS SCHOEMAN, PH. D.
Political Scientist
Attorney-at-Law (retired) PRO SE
Adjunct Professor of American Government, Business Law,
and Paralegal Studies (retired0

101 Jefferson Avenue
Westfield, New Jersey 07090
908-233-8278

August 26,2023

Clerk of the Court
United States District Court
Mitchell H. Cohen Building & U.S.Courthouse
Room 1050
4th & Cooper Streets
Camden, New Jersey 08101

Dear Clerk of the Court:

---

Re: Stephen Francis Schoeman v Office of Attorney Ethics and Court and Judiciary Unit of the Supreme Court of New Jersey

---

Please find the following documents:

Complaint, 2 copies
Self-addressed stamped envelope for retiring one copy of the Complaint
My personal check for $402 make payable to Clerk, United States District Court.

I am appearing as Plaintiff PRO SE.

Respectfully,

DR. STEPHEN FRANCIS SCHOEMAN

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

Stephen Francis Schoeman and Joyanne Louise Schoeman

Plaintiffs PRO SE

-against-

Office of Attorney Ethics of the Supreme Court of New Jersey and
Court and Judicial Security Unit of the Supreme Court of New Jersey

Defendants

---

COMPLAINT FOR VIOLATIONS OF UNITED STATES OF AMERCA, DECLARATION OF INDEPENDENCE, MAGNA CARTA, UNITED NATIONS UNIVERSAL DECLARATION OF HUMAN RIGHTS

CASE NUMBER ____________

DEMAND FOR JURY TRIAL

RECEIVED

SEP 25 2023

AT 8:30____________M
CLERK, U.S. DISTRICT COURT - DNJ

I. THE PARTIES TO THIS COMPLAINT

A. PLAINTIFFS

Stephen Francis and Joyanne Louise Schoeman
101 Jefferson Avenue
Westfield, New Jersey 07090
908-233-8278

B. THE DEFENDANTS

Office of Attorney Ethics
840 Bear Tavern Road
Ewing Township, New Jersey 08625

Court and Judicial Security Unit
c/o Supreme Court of New Jersey
Hughes Justice Complex
25 Market Street
Trenton, New Jersey 08625

II. BASIS OF JURISDICTION
FIRST AMENDMENT
FIFTH AMENDMENT
SIXTH AMENDMENT
FOURTEENTH AMENDMENT, SECTION I
PREAMBLE
DECLARATION OF INDEPENDENCE
MAGNA CARTA
UNITED NATIONS UNIVERSAL DECLARATION OF HUMAN RIGHTS
"WHAT DOES FREE SPEECH MEAN?" (UNITED STATES COURTS)

III. STATEMENT OF CLAIM

The Defendants abandoned the following constitutional rights of the Plaintiffs Pro Se by banning them and by banning their present and their future agents from ever emailing and/or telephoning anyone at all New Jersey Courts. First Amendment

The Defendant the Office of Attorney Ethics abandoned the following constitutional rights of the Plaintiff PRO SE Stephen Francis Schoeman as natters of criminal constitutional law as relevant:

Freedom of Speech to discuss his conditional rights. First Amendment
Freedom from self-incrimination. Fifth Amendment
Due Process of Law. Fifth Amendment
Rules of Evidence, Fifth, Sixth, and Fourteenth (Section) Amendments
Speedy proceeding. Sixth Amendment
Public proceeding. Sixth Amendment
Impartial proceeding. Sixth Amendment
Information of the nature and cause of the accusation. Sixth Amendment
Transcript of the testimony of the Accuser (Fifth, Sixth, Fourteenth (Section) Amendments
Confrontation with the witnesses against Stephen Francis Schoeman. Sixth Amendment
Cross-Examination, Fifth, Sixth, and Fourteenth (Section One) Amendments
Compulsory process for obtaining witnesses. Sixth Amendment
Assistance of counsel for our Stephen Francis Schoeman's defense, Sixth Amendment
Privileges and immunities of United States citizenship, Section One, Fourteenth Amendment
Equal Protection of the laws. Fourteenth Amendment (Section One)
Justice, Preamble
"Unalienable Rights", Declaration of Independence
Magna Carta, 1 as to 40, 45, 60,
United Nations Declaration of Human Rights, Articles 1. Article 2, Article 3, Article 7. Article 8, Article 10, Article 12, Article 17 (2), Article 18, Article 19, Article 23 (1), as constitutionally applied under the Treaty Clause provision that the United Nations Universal Declaration of Human Rights is "the supreme Law of the Land"! (See "About Treaties", United States Senate)

It is our best recollection that the alleged constitutional violations occurred in 2022.

We believe that the defendants are still committing these violations against us.

The facts of our case are as follows:

Laurie Jennifer Schoeman, the biological older daughter of Stephen Francis Schoeman and the step-daughter of Joyanne Louise Schoeman filed a complaint against Stephen Francis Schoeman in which she made allegations of felonious conduct.

She filed said complaint in and with the Office of Attorney Ethics on or about December 6,2021.

The Office of Attorney Ethics subsequently informed Stephen Francis Schoeman of said complaint.

The Office of Attorney Ethics during its proceeding and investigation as to the said complaint ABANDONED the constitutional rights above-mentioned.

The Office of Attorney Ethics purposefully and intentionally aforethought abandoned said constitutional rights.

The Office of Attorney Ethics asked the Court and Judicial Security Unit to ban the agents present and future of the Plaintiffs PRO SE and the Plaintiffs PRO SE from ever emailing and/or telephoning any employee working in or for New Jersey Courts.

The Court and Judicial Security Unit has repeatedly denied the Plaintiffs PRO SE a procedural due process hearing re said ban.

The Office of Attorney Ethics has repeatedly denied Stephen Francis Schoeman a procedural due process hearing re said constitutional violations.

IV. RELEIF

The Plaintiffs Pro Se request the following:

Vacating the said ban.
Vacating the said proceeding and investigation
Punitive (exemplary) damages of $100,000,000.

V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, we certify to the best of our knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

We agree to provide the Clerk's Office with any changes to our address where case-related papers may be served. We understand that our failure to keep a current address on file with the Clerk's Office may result in the dismissal of our case.

Date of signing: January 12,2023

______________________________
STEPHEN FRANCIS SCHOEMAN

______________________________
JOYANNE LOUISE SCHOEMAN

SUPREME COURT OF NEW JERSEY

Stephen Francis Schoeman and
Joyanne Louise Schoeman

Complainants PRO SE

CIVIL ACTION

v.

Office of Attorney Ethics, Director Johanna Barba Jones the Office of Attorney Ethics, former Director Charles Centinaro of the Office of Attorney Ethics, First Assistant Ethics Counsel Jason D. Saunders of the Office of Attorney Ethics, Disciplinary Review Board, Chair Maurice J. Gallipoli of the Disciplinary Review Board, Supreme Court of New Jersey, Chief Justice Stuart Rabner of the Supreme Court of New Jersey, New Jersey Courts, Court and Judicial Security Unit of New Jersey Courts, Chief Robin A. Morante of the Court and Judicial Security Unit for Purposeful and Intentional and Aforethought ABANDONMENT of the Constitutional Rights of Stephen Francis Schoeman in violation of Sections 241 and 242 of United States Code Title 18

COMPLAINT

DOCKET NUMBER____

Respondents

WHEREAS

The Office of Attorney Ethics and its two aforementioned Director and its First Assistant Ethics Counsel aforementioned purposefully and intentionally and aforethought ABANDONED the constitutional rights of Stephen Francis Schoeman as herein below stated:

Both the Office of Attorney Ethics and the Disciplinary Review Board are arms, agencies, divisions, offices, departments of the Supreme Court of the State of New Jersey!

Hence the Supreme Court of the State of New Jersey has the moral, legal, ethical, constitutional, and professional duty, obligation, and requirements TO ENSURE THAT THE AFOREMENTIONED Office of Attorney Ethics and the Disciplinary Review Board and ALL of their employees bar none comply and continue to imply with their individual sworn OATH OF OFFICE TO SUPPORT AND DEFEND AND PROTECT THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND EACH AND EVERY ONE OF THE RIGHTS DECLARED, MANDATED, AND GUARANTEED BY THE GREAT AND PRECIOUS AND SEMINAL DOCUMENT OF IMMEASURABLE IMPORTANCE AND SIGNIFICANCE IN AND TO THIS GREAT REPUBLIC AND STILL FUNCTIONING DEMOCRACY AND AS WELL TO THE CONTINUED ADVANCEMENT HUMANKIND TO YET BRIGHTER AND MORE BENIGN DAYS OF FREEDOM AND LIBERTY AND HUMAN RIGHTS AND CONSTITUTIONAL RIGHTS!

We say ‘still functioning democracy" because the conduct herein described and listed of the aforementioned defends threats the very basis or fundament of our beloved democracy and as well our beloved Republic and cast impermissible aspirations upon the United States of America as THE VERY CITADEL OF FREEDOM, LIBERTY, DEMOCRACY, HUMAN RIGHTS, CONSTITUTIONAL RIGHTS!

And the world knows too well, if it still knows, that the Nazi high command and their goons and thugs abandoned the constitutional rights of the German people as fully explained and discussed and listed by one of America's most eminent judges United States Supreme Court Associate Justice Robert H. Jackson who as the Chief Counsel for the United States said in his brilliantly brilliant Opening Statement Before The International Military Tribunal, NUREMBERG TRIALS, November 21,1945!

But alas, the fundament of our system of government and of our democracy and of our Republic is either lost to the Defendants or they do not care as per Freud's famous PLEASURE PRINCIPLE of denial of reality that human beings do not like for illusions and delusions which they do like and with which they feel eminently comfortable and which are pleasurable to them! ("Beyond The Pleasure Principle", 1920)

And, alas too, the Defendants in the conduct herein mentioned exhibit the central instinct of AGGRESSIVENESS about which Dr. Sigmund Freud one of the truly great minds and lights of all of human history advised had to be "reckoned" with lest AGGRESSION never ends and humanity is plunged ever deeper into a state of war! ("Civilization and its Discontents", 1930)

FREEDOM OF SPEECH in that Stephen Francis Schoeman was denied his right to discussion his constitutional rights and the so called "Demand Interview" of the Office of Attorney Ethics conducted by the aforementioned First Assistant Ethics Counsel who had threatened Stephen Francis Schoeman that if he did discuss his constitutional rights the said "Demand Interview" would be terminated and it was immediately so when Stephen Francis Schoeman, without invoking the Fifth Amendment, began to discuss the Fifth Amendment in order to be permit time to research a question the aforementioned First Assistant Ethics Counsel was posing to Stephen Francis Schoeman at the time.

FREEDOM OF SPEECH. Upon information and belief, the aforementioned First Assistant Ethics Counsel had the aforementioned Court and Judicial Security Unit ban Stephen Francis and Joyanne Louise Schoeman and their present and future agents from ever emailing or telephoning anyone at all in the aforementioned New Jersey Courts.

The Office of Attorney Ethics forced Stephen Francis Schoeman to testify at the aforementioned "Demand Hearing".

DUE PROCESS OF LAW. The Office of Attorney Ethics purposefully and intentionally and aforethought denied Stephen Francis Schoeman DUE PROCESS OF LAW.

RIGHT TO SPEEDY AND PUBLIC PROCEEDING was denied to Stephen Francis Schoeman by the Office of Attorney Ethics.

RIGHT TO AN IMPARTIAL PROCEEDING was also denied to Stephen Francis Schoeman by the Office of Attorney Ethics.

RIGHT TO THE RULES OF EVIDENCE AGAINST INADMISSIBLE EVIDENCE was likewise denied to Stephen Francis Schoeman.

RIGHT TO INFORMATION ABOUT THE NATURE AND CAUSE OF THE ACCUSATION was as well denied to Stephen Francis Schoeman.

RIGHT TO BE CONFRONTED WITH THE WITNESSES AGAINST Stephen Francis Schoeman was also denied to Stephen Francis Schoeman

SECTION 242. It constitutes criminal conduct for anyone who is acting under color of law willfully to deprive a person of a right or of a privilege that is protected by the Constitution of the United States of America or by the laws of the United States of America.

The conduct that is prohibited need not be the result of racial bias or any other wrongful animus!

Section 242 applies to public officials, including but not limited to attorneys employed by government and to judges and to directors of government agencies, offices, departments, divisions, units, bureaus.

Nor need the conduct prohibited be physical in nature!

> (as per the statement of the United States Department of Justice, "Statutes Enforced By The Criminal Section, "Civil Rights Conspiracy: 18 U.S.C. Section 241" and "Misconduct By Law Enforcement & Other Government Actors: 18 U.S.C. Section 242"

Neither we nor any other citizens of the United States of America are to be intimidated, threatened, cajoled, bullied, or threatened by anyone at all in the country or around the world that is such a sordid and evil place AND IN PARTICULAR by anyone at all working within or being employed by the JUDICIAL BRANCH OF ANY GOVERNMENT bar none!

That is to say, and with all the due respect in the world, the Supreme Court of the State of New Jersey failed to carry it its own sworn oath of office to support and to defend and to protect the constitutional rights that we against the aforementioned tyrannies of the Defendants!

For Voltaire himself one of the most brilliant of people of the French Enlightenment defined tyranny thus in his famous masterpiece that took him so very long to complete! In "A Philosophical Dictionary", "The sovereign is called a tyrant who knows no laws but his caprice."

July 25,2023 Stephen & Joyanne Louise Schoeman

STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN

---

REQUEST AND DEMAND UNDER THE LAW AND THE CODE OF JUDICIAL EHTICS THAT FOR THE REASONS HEREIN STATED THE SUPREME COURT OF THE STATE OF NEW JERSEY FORTHWITH RECUSE ITSELF.

---

CERTIFICATION

We. the Complainants PRO SE, hereby certify under the penalties for perjury, that on March 1,2023 we served the aforementioned captioned complaint herein upon the aforementioned respondents by making a copy of same with the United States Postal Service to the Office of Attorney Ethics, the Disciplinary Review Board, the Supreme Court of New Jersey, and the Court and Judicial Security Unit.

July 25,2023 Stephen & Joyanne Louise Schoeman

STEPHEN FRANCIS AND JOYANNE LOUISE SCHOEMAN

RECEIVED

SEP 25 2023

AT 8:30____________M
CLERK, U.S. DISTRICT COURT - DNJ

STEPHEN SCHOEMAN, PH.D
(908) 233-8278
101 JEFFERESON AVE
WESTFIELD NJ 07090

1 LBS 1 OF 1
SHP WT: 1 LBS
DATE: 25 SEP 2023

SHIP TO: CLERK OF THE COURT
US DISTRICT COURT
MITCHELL COHEN BLDG AND COURTHOUSE
RM 1050
4TH & COOPER ST
CAMDEN NJ 08101



NJ 081 9-06

UPS GROUND
TRACKING #: 1Z E08 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 9348



BILLING: P/P

ISH 13.00F ZZP 450 33.5V 08/2023

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 0823